**GARY BRICKWOOD, State Bar No. 94892**
**ERIC OMSTEAD, State Bar No. 125435**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants TOM BOSENKO, ERIC ANDERSON, DONALD VANBUSKIRK, SHEILA ASHMUN, CARL CHAMPAGNE, JOSE GONZALEZ, STEVEN HEYDE, RANDY JOINER, RENE MEEK, MATTHEW MITCHEL and JESSE PENLAND

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON JAYNE,<br><br>    Plaintiff,<br><br>vs.<br><br>TOM BOSENKO, et al.<br><br>    Defendants._____/ | Case No. 2:08-CV 02767 MSB<br><br>**OPPOSITION TO MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS TOM BOSENKO AND OTHER SHASTA COUNTY SHERIFF OFFICIALS FOR FAILURE TO REPLY TO SUMMONS** |

Plaintiff files this "motion" under the mistaken belief that defendants Tom Bosenko, Eric Anderson, Donald Van Buskirk, Sheila Ashmun, Carl Champagne, Jose Gonzalez, Steven Heyde, Randy Joiner, Rene Meek, Mathew Mitchell, and Jesse Penland "waived service of Summons on 4-14-2010" under Rule 4(d) of the Federal Rules of Civil Procedure.  They did not waive service.  Also, the Court ordered the plaintiff not to seek waiver of service.   [Order issued by Hon. Marsha S. Berzon, dated November 20, 2009, filed on November 23, 2009, 21: 12-13].

The defendants against whom default is sought were served at

//

//

//

**OPPOSITION TO MOTION FOR DEFAULT JUDGMENT**                                                                 **1**

their place of employment on June 17, 2010.  Their responsive pleading is not yet due.  [See F.R.C.P. Rule 12(a)].

DATED: July 2, 2010.                 BRICKWOOD LAW OFFICE

/s/ ERIC OMSTEAD
ERIC OMSTEAD
Attorneys for Defendants Tom Bosenko, Eric Anderson, Donald Van Buskirk, Sheila Ashmun, Carl Champagne, Jose Gonzalez, Steven Heyde, Randy Joiner, Rene Meek, Mathew Mitchell, and Jesse Penland

## DECLARATION OF ERIC OMSTEAD

I, ERIC OMSTEAD, declare:

1.  I am an attorney employed by Brickwood Law Office, which represents Tom Bosenko, Eric Anderson, Donald Van Buskirk, Sheila Ashmun, Carl Champagne, Jose Gonzalez, Steven Heyde,, Randy Joiner, Rene Meek, Mathew Mitchell, and Jesse Penland in this matter.

2.  The facts stated in this opposition are true.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration was executed on the date set forth below in Redding, California.

DATED:  July 2, 2010.                 BRICKWOOD LAW OFFICE

/s/ ERIC OMSTEAD
ERIC OMSTEAD
Attorneys for Defendants Tom Bosenko, Eric Anderson, Donald Van Buskirk, Sheila Ashmun, Carl Champagne, Jose Gonzalez, Steven Heyde, Randy Joiner, Rene Meek, Mathew Mitchell, and Jesse Penland

**OPPOSITION TO MOTION FOR DEFAULT JUDGMENT** **2**

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001. On this date, I served the following document(s): **OPPOSITION TO MOTION FOR DEFAULT JUDGMENT**

__✓__ by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below. I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

_____ by placing a true copy thereof in a box or other facility regularly maintained by _____ U.P.S. / _____ Federal Express, in a sealed envelope or package designated by _____ U.P.S. / _____ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

_____ by personally delivering a true copy thereof to the person and at the address set forth below.

_____ BY FAX (Telecopier) - I personally sent to the addressee's telecopier number a true copy of the above described document(s). I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

Michael Aaron Jayne
#478063
Shasta County Jail
1655 West Street
Redding, CA 96001

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Redding, California on this 2nd day of July, 2010.

/s/ Deena Swafford
Deena Swafford