# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON JAYNE, | Case No. 2:08-cv-02767-MSB |
| Plaintiff, | **ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |
| vs. | |
| TOM BOSENKO, et al., | |
| Defendants. | |

The Court has determined that this case would benefit from a settlement conference with a Magistrate Judge. Accordingly, the Court REFERS this case to Sujean Park, the Alternative Dispute Resolution Coordinator of the District Court for the Eastern District of California, for the scheduling of a settlement conference.

The Clerk of the Court is directed to serve a copy of this order on Sujean Park.

DATED this 20th day of June, 2014.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation