UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,              Case No. 2:08-cv-02767-MSB

    Plaintiff,

  v.

TOM BOSENKO, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Michael Aaron Jayne, BOP Register Number 74636-065, a necessary and material witness in a settlement conference in this case on August 14, 2014, is confined in the United States Penitentiary, Coleman II, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison, to appear by video conferencing at the United States Penitentiary, Coleman II, on Thursday, August 14, 2014 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, USP Coleman II, U.S. Penitentiary, P. O. Box 1034, Coleman, FL 33521:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED this 20th day of June, 2014.

    /s/ Marsha S. Berzon                              MARSHA S. BERZON
    United States Circuit Judge, sitting by designation