# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON JAYNE, | Case No. 2:08-cv-2767-MSB |
| Plaintiff, | |
| vs. | **ORDER** |
| TOM BOSENKO, *et al.*, | |
| Defendants. | |

Plaintiff's motion for appointment of counsel, filed June 30, 2014, is denied, without prejudice to its renewal should the scheduled mediation fail to result in a settlement of this case.

**Accordingly, IT IS HEREBY ORDERED** that:

Plaintiff's Motion to Appoint Counsel (Dkt. # 141) is **DENIED.**

DATED this 10th day of July, 2014.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation