# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON JAYNE, | Case No. 2:08-cv-2767-MSB |
| Plaintiff, | |
| vs. | **ORDER** |
| TOM BOSENKO, *et al.*, | |
| Defendants. | |

Jayne has notified the Court that video conferencing equipment may not be available for his appearance at the settlement conference. The Court has determined that in such event the conference may proceeded telephonically. It is hereby ORDERED that the Warden produce Jayne to participate in the conference by telephone if video conferencing equipment is unavailable.

The Court further directs that Jayne's Motion for reproduction of documents obtained through Discovery be discussed among the parties at the conference.

DATED this 30th day of July, 2014.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation