UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON JAYNE,<br><br>                    Plaintiff,<br><br>         v.<br><br>TOM BOSENKO, et al.,<br><br>                    Defendants. | No.  2:08-cv-2767-TLN-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to file his pretrial statement.

Plaintiff's request for a ninety day extension of time to file a pretrial statement (ECF No. 161) is granted.[1]  The court is not inclined to extend the time further.  Plaintiff's request for an order directing defendants to provide him with copies of various documents (ECF No. 161) is denied without prejudice.  Plaintiff may renew such motion, if necessary, at the time he files his pretrial statement.

So ordered.

Dated:  October 15, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's pretrial statement shall be filed in accordance with this order regardless of whether he is successful in retaining counsel.