King Hall Civil Rights Clinic
Carter C. White, SBN 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff
Michael Aaron Jayne

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Aaron Jayne, | Case No.:  2:08-cv-2767-TLN-EFB P |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
| vs. | **ORDER TO EXTEND FILING DATE OF** |
| | **PLAINTIFF'S PRETRIAL STATEMENT** |
| Tom Bosenko, et al., | |
| Defendants. | |

Pursuant to Local Rule 143 the parties ask the Court to extend the date by when the Plaintiff must file his pretrial statement for an additional thirty (30) days, from the original date of February 13, 2015 to the proposed date of March 16, 2015. Good cause exists for this extension as explained below.

1

A scheduling order may be modified upon a showing of good cause.  Good cause exists when the moving party demonstrates that it cannot meet the schedule despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Despite the exercise of due diligence, the Plaintiff requires an extension of time to file the pretrial statement.  The Plaintiff is represented by the UC Davis Civil Rights Clinic (Clinic). In the course of reviewing and cataloguing over three large boxes of case materials, as well as electronic documents, the students assigned to the Plaintiff's case found that the discovery files were incomplete and potentially missing documents crucial to the Plaintiff's argument. Mr. White and the Clinic have been working with opposing counsel to obtain these missing documents.

Additionally, despite the due diligence of the Plaintiff's counsel, there has been inadequate time for confidential communications between Plaintiff and his counsel.  Mr. Jayne is in federal prison in Tucson, AZ.  Mr. White met with Mr. Jayne in December 2014.  In order to avoid the expense of additional travel, the Clinic has attempted to schedule confidential telephone conferences with Plaintiff.  There have been difficulties obtaining phone calls with the Plaintiff that are sufficient in length to discuss his case. While the prison indicated it had alloted two hours of conference for the a phone call on January 30, 2015, only a little over an hour of the time was provided to speak to the Plaintiff. The prison would not schedule a follow-up call with Plaintiff as requested during the following week.  Mr. White and the Clinic were only able to schedule another phone call with the Plaintiff for February 10, 2015.  This will still likely not provide sufficient time to speak with the Plaintiff and adequately present all of the issues he intends to set forth in his pretrial statement.

STIPULATION AND [~~PROPOSED~~] EXTENSION FOR PRETRIAL STATEMENT-2:08-cv-02767-TLN-EFB

1    The parties respectfully ask that this Stipulation be entered as an order of the Court.

2

3                                         Respectfully submitted,

4

5                                         /S/ *Carter C. White*
     Dated: February 9, 2015             _____
6                                         Carter C. White
                                          Supervising Attorney
7

8                                         *Counsel for Plaintiff, Michael Aaron Jayne*

9

10

11                                        /S/ *Gary Brickwood*
     Dated: February 10, 2015             _____
12                                        Gary Brickwood
                                          Brickwood Law Office
13

14                                        *Counsel for Defendants*

15   IT IS SO ORDERED:

16        Plaintiff's pretrial statement is due to be filed on or before March 16, 2015.  Defendants

17   shall file a pretrial statement not later than 30 days after the filing of plaintiff's statement.

18   Dated:  February 25, 2015.

19

20                                        EDMUND F. BRENNAN
21                                        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28
                                         3
     STIPULATION AND [~~PROPOSED~~] EXTENSION FOR PRETRIAL STATEMENT-2:08-cv-02767-TLN-EFB