UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON JAYNE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TOM BOSENKO, et al.,<br><br>　　　　　Defendants. | No. 2:08-cv-2767-TLN-EFB P<br><br>ORDER AFTER HEARING ON PLAINTIFF'S <u>MOTIONS TO ALLOW LATE FILING OF DISPOSITIVE MOTION AND FOR LATE DESIGNATION OF EXPERT WITNESS</u> |

Plaintiff is a state prisoner proceeding through counsel in an action brought under 42 U.S.C. § 1983. On April 15, 2015, this action was on calendar for hearing on plaintiff's motions to modify the scheduling order to allow for the filing of a dispositive motion and for the designation of an expert witness. Attorney Carter White and certified law students Johnathan Baldauf and Janette Hahn appeared on behalf of plaintiff; Attorney Gary Brickwood appeared on behalf of defendants. As stated on the record, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to allow late filing of dispositive motion (ECF No. 172) is denied without prejudice to renewal;
2. Plaintiff's motion for leave to allow late designation of expert witness (ECF No. 171) is granted;
3. Defendants' rebuttal expert witness designation is due by June 15, 2015;

/////

/////

1

4. The deadline for completion of expert witness depositions and for written discovery regarding the disciplinary diet claim is extended to October, 13, 2015;[1]

5. Defendants are relieved from their obligation to file a pretrial statement by April 17, 2015; and

6. A status conference is scheduled for Wednesday, October 28, 2015 at 10:00 AM in Courtroom No. 8, before the undersigned.

DATED: April 15, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

2