King Hall Civil Rights Clinic
Carter C. White, SBN 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-6942
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff
Michael Aaron Jayne

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Aaron Jayne,<br><br>        Plaintiff,<br>  vs.<br><br>Tom Bosenko, et al.,<br><br>        Defendants. | Case No.: 2:08-cv-02767-TLN-EFB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO EXTEND DISCOVERY**<br>**DEADLINE AND RESETTING STATUS**<br>**CONFERENCE** |

      On April 15, 2015, the Court entered an order in this action which, among other things, extended the deadline for completion of expert witness depositions and for written discovery regarding the disciplinary diet claim until October 13, 2015, and set a status conference for October 28, 2015, at 10:00 a.m. See ECF No. 180, at 2.

      Pursuant to Local Rule 143 the parties ask the Court to extend the date for completion of expert witness depositions and for written discovery regarding the disciplinary diet claim until

1

November 16, 2015, and to reschedule the status conference in this matter to November 18, 2015, at 10:00 a.m.

A scheduling order may be modified upon a showing of good cause. Good cause exists when the moving party demonstrates that it cannot meet the schedule despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Despite the exercise of due diligence, the parties require this extension of time to complete discovery. During the second week of September, Defendants produced an additional 576 pages of documents relating to the disciplinary diet claim. Some of this material was only recently provided to counsel for Defendants. While many of these documents were produced before, they must all be carefully reviewed by counsel for plaintiff and plaintiff's expert to properly prepare for the depositions in this matter. The parties have now agreed that depositions of Defendant Ashmun and a fact witness, David Sokol, will take place on November 4, 2015, and that expert witness depositions will take place on or before November 16, 2015.

The parties respectfully ask that this Stipulation be entered as an order of the Court.

Respectfully submitted,

Dated: September 29, 2015

*/S/ Carter C. White*
_____
Carter C. White
Supervising Attorney

*Counsel for Plaintiff, Michael Aaron Jayne*

Dated: September 29, 2015

*/S/ Gary Brickwood*
_____
Gary Brickwood
Brickwood Law Office

*Counsel for Defendants*

2
STIPULATION AND [~~PROPOSED~~] EXTENSION OF TIME – 2:08-cv-02767-TLN-EFB

**ORDER**

The deadline for completion of expert witness depositions and for written discovery regarding the disciplinary diet claim is extended until November 16, 2015. The status conference of October 28, 2015, is hereby rescheduled to November 18, 2015, at 10:00 a.m. IT IS SO ORDERED.

Dated: October 5, 2015.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE