King Hall Civil Rights Clinic
Carter C. White, SBN 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-6942
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff
Michael Aaron Jayne

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Michael Aaron Jayne, | Case No.:  2:08-cv-02767-TLN-EFB |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
| vs. | **ORDER TO EXTEND TIME TO FILE** |
| | **JOINT PRETRIAL STATEMENT** |
| Tom Bosenko, et al., | |
| Defendants. | |

On July 11, 2016, the Court ordered the parties to file a Joint Pretrial Statement on or before August 10, 2016. See ECF No. 205.

Pursuant to Local Rule 143 the parties ask the Court to extend the date for completion of the Joint Pretrial Statement for two additional days, until August 12, 2016.  The parties need additional time to clarify the Undisputed Facts and Disputed Factual Issues sections of the Statement.  Plaintiff in particular did not appreciate the complexity in moving from the Separate

1

Pretrial Statements previously filed in this action, to a Joint Pretrial Statement.  The parties

believe the Court would rather they spend a little extra time to clarify what is actually in dispute

in this action, and respectfully request a two-day extension of time.

The parties respectfully ask that this Stipulation be entered as an order of the Court.

Respectfully submitted,


Dated: August 10, 2016          */S/ Carter C. White*
                                _____
                                Carter C. White
                                Supervising Attorney

                                *Counsel for Plaintiff, Michael Aaron Jayne*



Dated: August 10, 2016          */S/ Gary Brickwood*
                                _____
                                Gary Brickwood
                                Brickwood Law Office

                                *Counsel for Defendants*


IT IS SO ORDERED:

The deadline for filing the Joint Pretrial Statement is extended until August 12, 2016.

Date: August 11, 2016

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND [~~PROPOSED~~] EXTENSION OF TIME −2:08-cv-02767-TLN-EFB