**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel  (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants TOM BOSENKO, ERIC ANDERSON, DONALD VAN BUSKIRK, SHEILA ASHMUN, CARLE CHAMPAGNE, JOSE GONZALEZ, STEVEN HYDE, RANDY JOINER, RENE MEEK, MATTHEW MITCHELL and JESSE PENLAND

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON JAYNE, | Case No.: 2:08-CV-2767-TLN EFB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| TOM BOSENKO, et al. | |
| Defendants. | |

The parties have reached a settlement of all remaining claims and causes of action against all remaining parties and have requested dismissal, with prejudice.

Good cause appears to exist for the joint request and therefore, the Court orders as follows:

IT IS ORDERED that all remaining causes of action are dismissed with prejudice against all remaining defendants. The Clerk of the Court is directed to close the Court file in this matter.

Dated: October 20, 2016

_____
Troy L. Nunley
United States District Judge

ORDER OF DISMISSAL

1